STEPHEN E. AUKER, APPELLEE, V. HERMAN RITZE ET AL., APPELLANTS.

FILED OCTOBER 17, 1930. No. 27263.

*North, Caldwell & Gillogly,* for appellants.

*C. H. Hendrickson, Davis & Welch, F. S. Berry* and *J. E. Brittain, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD and THOMPSON, JJ., and LESLIE, District Judge.

PER CURIAM.

This is an action in equity brought to remove a cloud from certain property described in the petition and to quiet title thereto in plaintiff. The district court for Wayne county found for plaintiff and defendants have appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.